### 18314.　CLARK *et al. v.* THE STATE.

LUKE, J. The evidence sustains the verdict of guilty; and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 14, 1927.

Drunkenness on highway; from Paulding superior court—Judge Edwards. May 19, 1927.

*C. D. McGregor, C. B. McGarrity,* for plaintiff in error.

*S. W. Ragsdale, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74; p. 1217, n. 44, 45; p. 1218, n. 47.
Drunkards, 19 C. J. p. 804, n. 49.